492

■

**Donald RIDDLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62220.**

Missouri Court of Appeals,
Western District.

March 30, 2004.

Andrew A. Schroeder, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, P.J., and HOLLIGER and HARDWICK, JJ.

### ORDER

PER CURIAM.

Donald Riddle appeals from the circuit court's order overruling, after an evidentiary hearing, his Rule 29.15 motion for post-conviction relief. After a jury trial in the Circuit Court of Ray County, the appellant was convicted of robbery in the first degree, § 569.020; armed criminal action (ACA), § 571.015; and tampering in the first degree, § 569.080. As a result of his convictions, he was sentenced, as a prior offender, § 558.016, to consecutive terms of life and thirty-five years in prison for robbery and ACA, respectively, and to a concurrent term of seven years for tampering.

The appellant raises three points on appeal. He claims that the motion court erred in overruling his Rule 29.15 motion for post-conviction relief, after an evidentiary hearing, because the evidence at the motion hearing conclusively established that he received ineffective assistance of counsel for trial counsel's failure: (1) to request a mistrial for the introduction of evidence of uncharged crimes; (2) to object to evidence of uncharged crimes; and (3) to advise him that he had a right to testify on his own behalf at a pre-trial suppression hearing.

Affirmed. Rule 84.16(b).